**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BILL ELLIS**                                                          **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 4:09CV00075-SA-DAS**

**COVENTRY HEALTH AND LIFE**
**INSURANCE CO., d/b/a COVENTRY**
**HEALTH CARE, INC.**                                             **DEFENDANT**

**ORDER**

This case comes before the court pursuant to Rule 16.1(B)(2)(b) of the Uniform Local Rules

for the Northern and Southern Districts of Mississippi.  The rule provides that

> [a] motion to remand . . . shall stay the attorney conference and
> disclosure requirements and all discovery not relevant to the remand...
> and shall stay the parties' obligation to make disclosures pending the
> court's ruling on the motion.

The plaintiff filed a motion to remand this case (# 4) on July 29, 2009.  Accordingly, it is

**ORDERED:**

That proceedings outside briefing of the motion to remand are hereby **STAYED**.  The parties

shall notify the undersigned magistrate judge within ten (10) days of the court's ruling in the event

the motion to remand is denied.

**THIS**, the 10th day of August, 2009.

                                        /s/ **David A. Sanders**
                                        **U. S. MAGISTRATE JUDGE**