**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BILL ELLIS**                                                                            **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 4:09CV75-SA-DAS**

**COVENTRY HEALTH AND LIFE**                                    **DEFENDANTS**
**INSURANCE CO. d/b/a COVENTRY**
**HEALTH CARE, INC., et al.**

## ORDER STAYING CASE DUE TO PENDING SETTLEMENT

This cause came before the Court on the parties' Joint Motion for Stay Due to Pending Settlement. Having reviewed the Joint Motion and being fully advised of the premises, the Court finds that the Joint Motion should be granted, and that this case shall be stayed for a period of 90 days pending further notification from the parties that settlement is complete.

SO ORDERED, this the 7th day of October, 2009.

**/s/ Sharion Aycock**
**U.S. DISTRICT COURT JUDGE**

117048.1